FRANCIS V. HURLEY, Appellant, *v.* JACK ROSE, Respondent, Impleaded with Others.   (Actions Nos. 1 and 2.)

(Submitted March 1, 1934; decided March 20, 1934.)

*Thomas R. Hart, Jr.,* and *Charles J. McDermott* for appellant.

*John Bogart* and *Jacob J. Kolwit* for respondent.

In each case, order of the Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division; and question certified answered in the affirmative. (*Datz* v. *Economy Cotton Goods Stores, Inc.,* 263 N. Y. 252.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.